B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Southern District of New York** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**33 Peck Slip Acquisition LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Best Western Seaport Inn** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**46-4943577** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**33 Peck Slip**<br>**New York, NY**<br>ZIP Code **10038** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**16740 Birkdale Commons Pkwy Ste 306**<br>**Huntersville, NC**<br>ZIP Code **28078** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
| --- | --- | --- |
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>■ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion    More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion    More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                 Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **33 Peck Slip Acquisition LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **33 Peck Slip Acquisition LLC** |

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ David B. Shemano**
Signature of Attorney for Debtor(s)

**David B. Shemano**
Printed Name of Attorney for Debtor(s)

**Robins Kaplan LLP**
Firm Name

**601 Lexington Ave.**
**Suite 3400**
**New York, NY 10022-4611**

_____
Address

**Email: dshemano@robinskaplan.com**

**212 890-7400**
Telephone Number

**September 3, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Christopher F. La Mack**
Printed Name of Authorized Individual

**Authorized Representative**
Title of Authorized Individual

**September 3, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **33 Peck Slip Acquisition LLC** _____ ,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **36 West 38th Street LLC** | **Filed concurrently** | |
| **52 West 13th P, LLC** | **Filed concurrently** | |
| **Gemini 37 West 24th  Street MT, LLC** | **Filed concurrently** | |

## LIMITED LIABILITY COMPANY AUTHORIZATION
## OF
### 33 Peck Slip Acquisition LLC

The undersigned, being the Sole Member of 33 Peck Slip Acquisition LLC, a Delaware limited liability company (the "Company"), acting in accordance with the authority granted in the Limited Liability Company Agreement for the Company (the "Operating Agreement") is executing this Limited Liability Company Authorization (this "Authorization") as of this 28th day of August, 2015:

WHEREAS, the Member of the Company has determined that in order to provide a forum for the efficient liquidation of the Company's corporate assets in a manner that maximizes value for creditors and protects the interests of stakeholders, it is in the best interest of the Company, its creditors, members, employees and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "Bankruptcy Code") and that it would be advisable to seek to confirm a chapter 11 plan of reorganization; therefore, it is

RESOLVED, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Southern District of New York; and it is

RESOLVED FURTHER, that Christopher La Mack is hereby authorized to act as the authorized representative of the Company to:

a.     Execute and verify or certify on behalf of the Company a petition under chapter 11 and to cause the same to be filed in an appropriate United States Bankruptcy Court at such time as the authorized officer executing the petition shall determine is appropriate; and

b.     Serve as the responsible officer in the chapter 11 case for the Company; and

c.     Execute and file all petitions, schedules, lists, statements and other papers and to take any and all actions that any of the authorized officers deem necessary, proper or desirable in connection with the chapter 11 case for the Company with a view toward the successful completion of the case or cases or to employ and designate appropriate officers to undertake such actions on behalf of the Company; and

d.     Take all actions, including, without limitation, the retention of counsel, financial advisors, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor or debtor in possession under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his/her judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

75618841.1

**RESOLVED FURTHER,** that the Company be, and hereby is, authorized to employ on a general retainer the law firm of Robins Kaplan LLP ("RK") or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 case for the Company; and it is

**IN WITNESS WHEREOF**, this Authorization is executed by the undersigned as of the day and year first set forth above.

**33 PECK SLIP ACQUISITION LLC,**
**a Delaware limited liability company**

By:    33 Peck Slip Holding LLC,
       a Delaware limited liability company
       its Sole Member

       By:    33 Peck Slip Manager LLC,
              a Delaware limited liability company
              its Manager

              By:    Gemini Equity Partners LLC,
                     a Delaware limited liability company
                     its Sole Member

                     By:    _____
                     Name:    Christopher La Mack
                     Title:    Member

                     By:    _____
                     Name:    Dante Massaro
                     Title:    Member

75618841.1

**Hearing Date & Time:** _____
**Objection Deadline:** _____

David B. Shemano, Esq.
**ROBINS KAPLAN LLP**
601 Lexington Avenue
Suite 3400
New York, NY 10022-4611
Tel:  (212) 980-7400
Fax: (212) 980-7499

- and -

Howard J. Weg, Esq. (*pro hac vice* pending)
Scott F. Gautier, Esq. (*pro hac vice* pending)
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Tel:  (310) 522-0130
Fax: (310) 229-5800

*Proposed Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 33 PECK SLIP ACQUISITION LLC, | Case No. |
| Debtor. | (Joint Administration Pending) |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(d)**

33 Peck Slip Acquisition LLC, as debtor and debtor in possession (the "**Debtor**"),

hereby submits the attached List of Creditors Holding 20 Largest Unsecured Claims

(the "List") pursuant to Federal Rule of Bankruptcy Procedure 1007(d).  The List does

not include (1) persons who come within the definition of "insider" set forth in

11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that

the unsecured deficiency places the creditor among the holders of the 20 largest

unsecured claims.

The List was prepared by the Debtor and its professionals based upon the

ongoing review of the Debtor's books and records.  The List, therefore, is subject to

amendment if additional information becomes known.

Dated:      New York, NY
            September 3, 2015

                              Respectfully Submitted,

                              **ROBINS KAPLAN LLP**

                              By:/s/  David B. Shemano
                              David B. Shemano, Esq.
                              601 Lexington Avenue
                              Suite 3400
                              New York, NY 10022-4611
                              Tel:  (212) 980-7400
                              Fax:  (212) 980-7499

                              -and-

                              Howard J. Weg, Esq. (*pro hac vice* pending)
                              Scott F. Gautier, Esq. (*pro hac vice* pending)
                              2049 Century Park East
                              Suite 3400
                              Los Angeles, CA 90067-3208
                              Tel:  (310) 522-0130
                              Fax:  (310) 229-5800

                              *Proposed Counsel for Debtor and Debtor in
                              Possession*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **33 Peck Slip Acquisition LLC**                  Case No. _____
                                        Debtor(s)            Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Active Networks**<br>**5110 Lancaster Street**<br>**Harrisburg, PA 17111** | **Active Networks**<br>**Attn: Tabatha Brickner**<br>**5110 Lancaster Street**<br>**Harrisburg, PA 17111**<br>**(717) 540-5679 ext. 203** | **Trade Debt** | | 432.00 |
| **Am Maintenance**<br>**286 Grasmere Dr.**<br>**Staten Island, NY 10305** | **Am Maintenance**<br>**Attn: Angela Martucci**<br>**286 Grasmere Dr.**<br>**Staten Island, NY 10305**<br>**(718) 816-1918** | **Trade Debt** | | 245.03 |
| **American Hotel Register**<br>**P.O. Box 71299**<br>**Chicago, IL 60694-1299** | **American Hotel Register**<br>**Attn: Josh Wilson**<br>**P.O. Box 71299**<br>**Chicago, IL 60694-1299**<br>**(800) 323-5686 ext. 1549** | **Trade Debt** | | 653.32 |
| **Carbons Golden Malted**<br>**PO Box 129**<br>**Concordville, PA 19331** | **Carbons Golden Malted**<br>**Attn: Tracy Elkins**<br>**PO Box 129**<br>**Concordville, PA 19331**<br>**(574) 247-2270** | **Trade Debt** | | 230.00 |
| **Carday Associates**<br>**7130 Columbia Gateway Dr.**<br>**Columbia, MD 21046-2966** | **Carday Associates**<br>**Attn: Ivan Betancourt**<br>**7130 Columbia Gateway Dr.**<br>**Columbia, MD 21046-2966**<br>**(410) 872-9020** | **Health Insurance Premium** | | 8,700.00 |
| **Classic Recycling N. Y Corp**<br>**409 River Road, Ste #1**<br>**Clifton, NJ 07014** | **Classic Recycling N. Y Corp**<br>**Attn: Customer Service**<br>**409 River Road, Ste #1**<br>**Clifton, NJ 07014**<br>**(973) 777-0600** | **Trade Debt** | | 952.66 |
| **Collins Bro. Worldwide, LLC**<br>**620 Fifth Ave.**<br>**Larchmont, NY 10538** | **Collins Bro. Worldwide, LLC**<br>**Attn: Eileen Rodriguez**<br>**620 Fifth Ave.**<br>**Larchmont, NY 10538**<br>**(914) 834-3030** | **Trade Debt** | | 3,872.68 |

B4 (Official Form 4) (12/07) - Cont.

In re   **33 Peck Slip Acquisition LLC**                                    Case No.
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Con Edison<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702 | Con Edison<br>Attn: Customer Service<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br>(800) 752-6633 | Utility | | 6,754.18 |
| Concord Elevator<br>610 Chestnut Ridge Rd.<br>Chest Ridge, NY 10977 | Concord Elevator<br>Attn: Brian Sheehy/Michelle<br>Timmerman<br>610 Chestnut Ridge Rd.<br>Chest Ridge, NY 10977<br>(718) 767-3304 | Trade Debt | | 1,039.76 |
| Fresh and Tasty<br>1568 Stillnut Ave.<br>Bronx, NY 10461 | Fresh and Tasty<br>Attn: Lisa Ruvolo<br>1568 Stillwell Ave.<br>Bronx, NY 10461<br>(718) 829-4536 | Trade Debt | | 3,066.75 |
| M3 Accounting<br>340 Jesse Jewell Pkwy SE<br>Suite 600<br>Gainesville, GA 30501 | M3 Accounting<br>Attn: Kathy Hall<br>340 Jesse Jewell Pkwy SE<br>STE 600<br>Gainesville, GA 30501<br>(770) 297-1925 ext. 257 | Trade Debt | | 365.38 |
| Premium Pest Control<br>P.O. Box 1261<br>Linden, NJ 07036 | Premium Pest Control<br>Attn: Monica Szabo<br>P.O. Box 1261<br>Linden, NJ 07036<br>(917) 693-7468 | Trade Debt | | 538.93 |
| Revinate Inc.<br>One Letterman Drive, Bldg C<br>Suite CM100<br>San Francisco, CA 94129 | Revinate Inc.<br>Attn: Customer Service<br>One Letterman Drive, Bldg C<br>Suite CM100<br>San Francisco, CA 94129<br>(415) 671-4703 # 2 | Trade Debt | | 220.00 |
| Sani Wash<br>58-90 55th Street<br>Maspeth, NY 11378 | Sani Wash<br>Attn: Aisha Agate<br>58-90 55th Street<br>Maspeth, NY 11378<br>(718) 729-1700 | Trade Debt | | 513.24 |
| Sonifi Solutions<br>3900 W. Innovation<br>Sioux Falls, SD 57107-7002 | Sonifi Solutions<br>Attn: Sarah Nelson<br>3900 W. Innovation<br>Sioux Falls, SD 57107-7002<br>(888) 563-4363 | Trade Debt | | 1,875.70 |
| Staples Advantage<br>Dept ATL<br>P.O. Box 405386<br>Atlanta, GA 30384-5386 | Staples Advantage<br>Attn: Customer Service<br>Dept ATL<br>P.O. Box 405386<br>Atlanta, GA 30384-5386<br>(888) 753-4106 | Trade Debt | | 74.10 |

B4 (Official Form 4) (12/07) - Cont.

In re    **33 Peck Slip Acquisition LLC**                          Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| **Sysco Metro New York**<br>**20 Theodore Conrad Drive**<br>**Jersey City, NJ 07305, NJ**<br>**07305** | **Sysco Metro New York**<br>**Attn: Miryann Malzone**<br>**20 Theodore Conrad Drive**<br>**Jersey City, NJ 07305, NJ 07305**<br>**(201) 433-2000** | **Trade Debt** | | **6,441.78** |
| **Verizon**<br>**P.O.Box 660794**<br>**Dallas, TX 75266-0794** | **Verizon**<br>**Attn: Diep Cregar**<br>**P.O.Box 660794**<br>**Dallas, TX 75266-0794**<br>**(972) 729-7393** | **Trade Debt** | | **72.75** |
| **Vizergy**<br>**PO Box 551459**<br>**Jacksonville, FL 32255-1459** | **Vizergy**<br>**Attn: Tracy Toenjes**<br>**PO Box 551459**<br>**Jacksonville, FL 32255-1459**<br>**(904) 389-1130 ext 297** | **Trade Debt** | | **290.00** |
| **Wash it Right Express**<br>**352 South 1st Street**<br>**Brooklyn, NY 11211** | **Wash it Right Express**<br>**Attn: Victor Shallom**<br>**352 South 1st Street**<br>**Brooklyn, NY 11211**<br>**(718) 218-7282** | **Trade Debt** | | **3,325.85** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **33 Peck Slip Acquisition LLC**
                                                Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 3, 2015**                Signature _____

**Christopher F. La Mack**
**Authorized Representative**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Hearing Date & Time: _____
Objection Deadline: _____

David B. Shemano, Esq.
**ROBINS KAPLAN LLP**
601 Lexington Avenue
Suite 3400
New York, NY 10022-4611
Tel: (212) 980-7400
Fax: (212) 980-7499

- and -

Howard J. Weg, Esq. (*pro hac vice* pending)
Scott F. Gautier, Esq. (*pro hac vice* pending)
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Tel: (310) 522-0130
Fax: (310) 229-5800

*Proposed Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| 33 PECK SLIP ACQUISITION LLC, | Case No. |
| Debtor. | (Joint Administration Pending) |

**DEBTOR'S SCHEDULE OF ASSETS AND**
**LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

33 Peck Slip Acquisition LLC, as debtor and debtor in possession (the "**Debtor**"),

hereby submits its Schedules of Assets and Liabilities and Statement of Financial Affairs

(the "Schedules and SOFA"). The Debtor has attempted to provide complete and

accurate information based on the Debtor's books and records, but no assurance can be made that the information is complete and accurate, as the books and records of the Debtor have not been audited.  The Debtor is, however, continuing to review and update the books and records and other financial information, and the information provided in the Schedules and SOFA may need to be augmented or corrected in the future.  Nothing contained in or omitted from the Schedules and SOFA constitutes or should be deemed an admission by the Debtor, and the Debtor reserves the right to amend the Schedules periodically to the extent necessary to reflect new or additional information.

Any failure to designate a claim or lien listed on the Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or lien is not "disputed," "contingent," or "unliquidated."   The Debtor reserves the right to dispute, or to assert offsets or defenses to, (i) any claim reflected on the Schedules and SOFA as to amount, liability, priority, or classification, or (ii) any lien reflected on the Schedules and SOFA as to validity, priority, or extent, or to otherwise subsequently designate any claim or lien as "disputed," "contingent," or "unliquidated." Similarly, the designation of a contract or lease as "executory" does not constitute an admission by the Debtor that such contract

or lease exists or is in fact "executory," and the Debtor reserves the right to dispute that

such contract or lease exists or is in fact "executory."


Dated:        New York, NY

            September 3, 2015

                                Respectfully Submitted,

                                **ROBINS KAPLAN LLP**

                                By:/s/  David B. Shemano
                                David B. Shemano, Esq.
                                601 Lexington Avenue
                                Suite 3400
                                New York, NY 10022-4611
                                Tel:  (212) 980-7400
                                Fax:  (212) 980-7499

                                -and-

                                Howard J. Weg, Esq. (*pro hac vice* pending)
                                Scott F. Gautier, Esq. (*pro hac vice* pending)
                                2049 Century Park East
                                Suite 3400
                                Los Angeles, CA 90067-3208
                                Tel:  (310) 522-0130
                                Fax:  (310) 229-5800

                                *Proposed Counsel for Debtor and Debtor in
                                Possession*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of New York

In re  **33 Peck Slip Acquisition LLC**                                             ,        Case No. _____

                                                                    Debtor        Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 37,100,000.00 | | |
| B - Personal Property | Yes | 3 | 1,136,803.95 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 30,682,075.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 291,195.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 39,664.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 38,236,803.95 | | |
| Total Liabilities | | | | 31,012,934.13 | |

B6A (Official Form 6A) (12/07)

.

In re    **33 Peck Slip Acquisition LLC**                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property located at 33 Peck Slip, New York, NY (Land, Building, Sidewalks, Paving, Asphalt, Curbs, and Gutters)** | **Owner** | **-** | **37,100,000.00** | **30,682,075.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **37,100,000.00** | (Total of this page) |
| Total > | **37,100,000.00** |  |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **33 Peck Slip Acquisition LLC**                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **House Bank Accounts**<br>**Located at: 33 Peck Slip, New York, NY 10038** | - | 1,800.00 |
| | | **Petty Cash Bank**<br>**Located at: 33 Peck Slip, New York, NY 10038** | - | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Merrill Lynch-Attn: Josh Goldblatt**<br>**6000 Fairview Road, Charlotte, NC 2810**<br>**(Checking Account # xxxxx361)** | - | 1,000,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Con Edison**<br>**JAF Station, P.O. Box 1702, New York, NY 10116** | - | 24,465.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prepaid Insurance**<br>**33 Peck Slip, New York, NY 10038** | - | 54,775.41 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          1,081,040.41
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **33 Peck Slip Acquisition LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Guest Ledger** **33 Peck Slip, New York, NY 10038** | - | 46,837.69 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **46,837.69**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **33 Peck Slip Acquisition LLC**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer purchase in March 2015**<br>**33 Peck Slip**<br>**New York, NY 10038** | - | 8,925.85 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Included within value of Real Property, see Schedule A** | - | 0.00 |
| 30. Inventory. | | **Included within value of Real Property, see Schedule A** | - | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 8,925.85 |
|---|---|---|
|  | (Total of this page) |  |
|  | Total > | 1,136,803.95 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __33 Peck Slip Acquisition LLC_____,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | On or about 03/14/14 | | | | | |
| | | | | | | | | | |
| 33 Peck Slip Hotel Capital LLC (UBS) | X | - | | Loan Agreement and Related Documents | | | | | |
| 10 State House, 15th Floor | | | | 33 Peck Slip | | | | | |
| Hartford, CT 06103 | | | | New York, NY | | | | | |
| | | | | Value $        37,100,000.00 | | | | 30,682,075.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | | Subtotal (Total of this page) | 30,682,075.00 | 0.00 |
| | | Total (Report on Summary of Schedules) | 30,682,075.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **33 Peck Slip Acquisition LLC**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the bankruptcy petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                    **5**   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re __33 Peck Slip Acquisition LLC_____,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Atienza, Alfredo A<br>8854 201 Street<br>Hollis, NY 11423 | | - | Wages, vacation and sick leave owed | | | | 724.76 | | 0.00<br><br>724.76 |
| Account No.<br><br>Baranowski, Andrzej<br>178-60 Wexford Terrace<br>Jamaica, NY 11432 | | - | Wages, vacation and sick leave owed | | | | 3,332.53 | | 0.00<br><br>3,332.53 |
| Account No.<br><br>Cooper, Bryan A<br>10 Ave D<br>Apt#7G<br>New York, NY 10009 | | - | Wages, vacation and sick leave owed | | | | 236.88 | | 0.00<br><br>236.88 |
| Account No.<br><br>De Paz, Emmanuel R<br>25 Avenue D<br>Apt# 502<br>New York, NY 10009 | | - | Wages, vacation and sick leave owed | | | | 473.79 | 33.79 | 440.00 |
| Account No.<br><br>Grzegorz, Grzelczyk<br>30 Montrose Ave 18N<br>Brooklyn, NY 11206 | | - | Wages, vacation and sick leave owed | | | | 1,746.74 | | 0.00<br><br>1,746.74 |

Sheet _1_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 33.79 |
|---|---|---|
| | (Total of this page) | 6,514.70 | 6,480.91 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re     **33 Peck Slip Acquisition LLC**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages, vacation and sick leave owed | | | | | | |
| Joann, Liew 190 72nd Street Apt#141 Brooklyn, NY 11209 | - | | | | | | 297.79 | 0.00 | 297.79 |
| Account No. | | | Wages, vacation and sick leave owed | | | | | | |
| Kim, William 825 West 187th Street New York, NY 10033 | - | | | | | | 1,646.61 | 0.00 | 1,646.61 |
| Account No. | | | Wages, vacation and sick leave owed | | | | | | |
| Lau, Fung-Kiu 473 81st Street Brookyln, NY 11209 | - | | | | | | 3,134.92 | 0.00 | 3,134.92 |
| Account No. | | | Wages, vacation and sick leave owed | | | | | | |
| Lee, Yuen-Ling 1555 68th Street Brooklyn, NY 11219 | - | | | | | | 1,906.68 | 42.12 | 1,864.56 |
| Account No. | | | Wages, vacation and sick leave owed | | | | | | |
| Lei, Jia H 860 Columbus Ave Apt# 9 New York, NY 10025 | - | | | | | | 236.88 | 0.00 | 236.88 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 42.12 | |
|---|---|---|---|
| | (Total of this page) | 7,222.88 | 7,180.76 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **33 Peck Slip Acquisition LLC**                              ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Lugowska, Ewa 63-48 Forest Avenue #3F Ridgewood, NY 11385 | - | | Wages, vacation and sick leave owed | | | | 1,552.04 | 0.00 1,552.04 |
| Account No. Martinez, Susana 205 Park Street Ridgefield Park, NJ 07660 | - | | Wages, vacation and sick leave owed | | | | 2,473.88 | 0.00 2,473.88 |
| Account No. Mohammad, Zulfiqar 166-05 Highland Ave Apt 1C Jamaica, NY 11432 | - | | Wages, vacation and sick leave owed | | | | 6,585.89 | 0.00 6,585.89 |
| Account No. Olivos, Raquel 1111-78 Street #1 North Bergen, NJ 07047 | - | | Wages, vacation and sick leave owed | | | | 1,906.68 | 0.00 1,906.68 |
| Account No. Popoca, Diana 100 Brighton 11th Street Apt #2F Brooklyn, NY 11235 | - | | Wages, vacation and sick leave owed | | | | 297.79 | 0.00 297.79 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    | 12,816.28 | 0.00 / 12,816.28

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re __33 Peck Slip Acquisition LLC_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages, vacation and sick leave owed | | | | | |
| Prawdzik, Hanna 16 Grant Street Little Ferry, NJ 07643 | | - | | | | | 1,906.68 | 0.00 / 1,906.68 |
| Account No. | | | Wages, vacation and sick leave owed | | | | | |
| Sanchez, Mercedes 356 Wadsworth Ave Apt B New York, NY 10040 | | - | | | | | 1,378.20 | 0.00 / 1,378.20 |
| Account No. | | | Wages, vacation and sick leave owed | | | | | |
| Szewczyk, Yustitia 388 Oak St Ridgefield, NJ 07657 | | - | | | | | 2,024.89 | 0.00 / 2,024.89 |
| Account No. | | | Wages, vacation and sick leave owed | | | | | |
| Taylor, Monica R 25 Ave D New York, NY 10009 | | - | | | | | 236.88 | 0.00 / 236.88 |
| Account No. | | | Wages, vacation and sick leave owed | | | | | |
| Tsang, Oi-Mei 70 Bayard St Apt 4 New York, NY 10013 | | - | | | | | 1,781.51 | 0.00 / 1,781.51 |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 7,328.16 | 0.00 / 7,328.16 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **33 Peck Slip Acquisition LLC**                                          ,        Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **City of New York** | | - | Sales Tax | | | | 63,250.00 | 0.00 63,250.00 |
| Account No. **City of New York** | | - | Occupancy Fee | | | | 12,972.00 | 0.00 12,972.00 |
| Account No. **State of New York** | | - | Sales Tax | | | | 171,254.00 | 0.00 171,254.00 |
| Account No. **State of New York** | | - | Unit Fee | | | | 9,837.00 | 0.00 9,837.00 |
| Account No. | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 257,313.00 | 0.00 257,313.00 |
| Total (Report on Summary of Schedules) | 291,195.02 | 75.91 291,119.11 |

B6F (Official Form 6F) (12/07)

In re    **33 Peck Slip Acquisition LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Active Networks 5110 Lancaster Street Harrisburg, PA 17111 | - | | Trade Debt | | | | 432.00 |
| Account No.  Am Maintenance 286 Grasmere Dr. Staten Island, NY 10305 | | | Trade Debt | | | | 245.03 |
| Account No.  American Hotel Register P.O. Box 71299 Chicago, IL 60694-1299 | - | | Trade Debt | | | | 653.32 |
| Account No.  Carbons Golden Malted PO Box 129 Concordville, PA 19331 | - | | Trade Debt | | | | 230.00 |
| __4__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,560.35 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
S/N:50931-150804    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **33 Peck Slip Acquisition LLC**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Carday Associates**<br>**7130 Columbia Gateway Dr.**<br>**Columbia, MD 21046-2966** | | - | | | | | 8,700.00 |
| Account No. | | | Trade Debt | | | | |
| **Classic Recycling N. Y Corp**<br>**409 River Road, Ste #1**<br>**Clifton, NJ 07014** | | - | | | | | 952.66 |
| Account No. | | | Trade Debt | | | | |
| **Collins Bro. Worldwide, LLC**<br>**Attn: Eileen Rodriguez**<br>**620 Fifth Avenue**<br>**Larchmont, NY 10538** | | - | | | | | 3,872.68 |
| Account No. | | | Trade Debt | | | | |
| **Con Edison**<br>**JAF Station**<br>**P.O. Box 1702**<br>**New York, NY 10116-1702** | | - | | | | | 6,754.18 |
| Account No. | | | Trade Debt | | | | |
| **Concord  Elevator**<br>**610 Chestnut Ridge Rd.**<br>**Chest Ridge, NY 10977** | | - | | | | | 1,039.76 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **21,319.28**

B6F (Official Form 6F) (12/07) - Cont.

In re   **33 Peck Slip Acquisition LLC** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| **Fresh and Tasty** **1568 Stillwell Ave.** **Bronx, NY 10461** | - | | | | | | | 3,066.75 |
| Account No. | | | | Trade Debt | | | | |
| **M3 Accounting** **340 Jesse Jewell Pkwy SE** **Suite 600** **Gainesville, GA 30501** | - | | | | | | | 365.38 |
| Account No. | | | | Trade Debt | | | | |
| **Premium Pest Control** **P.O. Box 1261** **Linden, NJ 07036** | - | | | | | | | 538.93 |
| Account No. | | | | Trade Debt | | | | |
| **Revinate Inc.** **One Letterman Drive, Bldg C** **Suite CM100** **San Francisco, CA 94129** | - | | | | | | | 220.00 |
| Account No. | | | | Trade Debt | | | | |
| **Sani Wash** **58-90 55th Street** **Maspeth, NY 11378** | - | | | | | | | 513.24 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,704.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **33 Peck Slip Acquisition LLC**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Sonifi Solutions 3900 W. Innovation Sioux Falls, SD 57107-7002 | | - | | | | | | 1,875.70 |
| Account No. | | | | Trade Debt | | | | |
| Staples Advantage Dept ATL P.O. Box 405386 Atlanta, GA 30384-5386 | | - | | | | | | 74.10 |
| Account No. | | | | Trade Debt | | | | |
| Sysco Metro New York 20 Theodore Conrad Drive Jersey City, NJ 07305, NJ 07305 | | - | | | | | | 6,441.78 |
| Account No. | | | | Trade Debt | | | | |
| Verizon P.O.Box 660794 Dallas, TX 75266-0794 | | - | | | | | | 72.75 |
| Account No. | | | | Trade Debt | | | | |
| Vizergy PO Box 551459 Jacksonville, FL 32255-1459 | | - | | | | | | 290.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 8,754.33 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **33 Peck Slip Acquisition LLC**                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Wash it Right Express** **352 South 1st Street** **Brooklyn, NY 11211** | - | | | | | | | |
| | | | | | | | | **3,325.85** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **3,325.85** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **39,664.11** |

B6G (Official Form 6G) (12/07)

In re    **33 Peck Slip Acquisition LLC**_____,    Case No._____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Master Loan Agreement dated 3/14/14 |
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Consolidated, Amended and Restated Acquisition Loan Promissory Note dated 3/14/14 |
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Building Loan Agreement dated 3/14/14 |
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Building Loan Promissory Note dated 3/14/14 |
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Building Loan Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated March 14, 2014 |
| 33 Peck Slip Hotel Capital LLC<br>(UBS)-Principal<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Project Loan Agreement dated as of March 14, 2014, the Project Loan Promissory Note dated March 14, 2014; Project Loan Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated March 14, 2014 |
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Gap Promissory Note dated March 14, 2014 |
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Full Recourse Guaranty dated March 14, 2014 |
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Completion Guaranty dated March 14, 2014 |
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Guaranty (Recourse Carve-outs) dated March 14, 2014 |
| 33 Peck Slip Hotel Capital LLC<br>10 State House, 15th Floor<br>Hartford, CT 06103 | Indemnity Agreement dated March 14, 2014 |

**2**
\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **33 Peck Slip Acquisition LLC**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **33 Peck Slip Hotel Capital LLC**<br>**10 State House, 15th Floor**<br>**Hartford, CT 06103** | **Gap Mortgage dated March 14, 2014** |
| **Autoclerk, Inc.**<br>**936 Dewing Ave.**<br>**Suite G**<br>**Lafayette, CA 94549** | **End-user license agreement** |
| **Best Western International**<br>**6201 North 24th Parkway**<br>**Phoenix, AZ 85016-2023** | **Membership application .** |
| **Best Western International**<br>**6201 North 24th Parkway**<br>**Phoenix, AZ 85016-2023** | **Transferee acknowledgment** |
| **Booking.com**<br>**(1017 CE) Herengracht 897**<br>**Amsterdam, Netherlands** | **Service contract** |
| **Casey Fire Systems, Inc.**<br>**39-27 59th Street**<br>**Woodside, NY 11377** | **Maintenance contract** |
| **Classic Recycling**<br>**550 West 37th Street**<br>**New York, NY 10018** | **Service agreement** |
| **Concord Elevator Services**<br>**610 Chestnut Ridge Road**<br>**Chestnut Ridge, NY 10977** | **Service contract** |
| **Enviro Pest Management Inc.**<br>**P.O. Box 110998**<br>**Brooklyn, NY 11211** | **Pest control service contract** |
| **Key Computing**<br>**74 Merrick Road**<br>**Amityville, NY 11701** | **Contract for monthly service** |
| **Local 966, Intl Brotherhood**<br>**300 Knickerbocker Road**<br>**Suite 1200**<br>**Cresskill, NJ 07626** | **Collective bargaining agreement** |
| **LodgeNet Interactive Corp**<br>**6201 North 24th Parkway**<br>**Phoenix, AZ 85016-2023** | **Service Agreement** |
| **LodgeNet Interactive Corp**<br>**3900 West Innovation Street**<br>**Sioux Falls, SD 57107** | **Service Agreement** |

Sheet __**1**__ of __**2**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **33 Peck Slip Acquisition LLC**

Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Time Warner Cable**<br>**P.O. Box 11820**<br>**Newark, NJ 07101** | **Service Agreement** |
| **Vizergy**<br>**4237 Sailsbury Road North**<br>**Suite 200**<br>**Jacksonville, FL 32216** | **Service contract** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **33 Peck Slip Acquisition LLC**                              ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gemini Real Estate Advisors**<br>**16740 Birkdale Commons Pkwy**<br>**Suite 306**<br>**Huntersville, NC 28078**<br>  Full Recourse Guarantee | **33 Peck Slip Hotel Capital LLC**<br>**(UBS)**<br>**10 State House, 15th Floor**<br>**Hartford, CT 06103** |
| **Gemini Real Estate Advisors**<br>**16740 Birkdale Commons Pkwy**<br>**Suite 306**<br>**Huntersville, NC 28078**<br>  Guaranty (recourse carve out) | **33 Peck Slip Hotel Capital LLC**<br>**(UBS)**<br>**10 State House, 15th Floor**<br>**Hartford, CT 06103** |
| **Gemini Real Estate Advisors**<br>**16740 Birkdale Commons Pkwy**<br>**Huntersville, NC 28078**<br>  Imdemnity agreement | **33 Peck Slip Hotel Capital LLC**<br>**(UBS)**<br>**10 State House, 15th Floor**<br>**Hartford, CT 06103** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **33 Peck Slip Acquisition LLC** _____    Case No. _____

_____
Debtor(s)    Chapter    **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Authorized Representative of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __**September 3, 2015**__    Signature _____

                                     **Christopher F. La Mack**
                                     **Authorized Representative**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of New York

In re   **33 Peck Slip Acquisition LLC**                                              Case No.
                                                    Debtor(s)               Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT               SOURCE
       **$4,519,331.00**        **business income**

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT               SOURCE

B7 (Official Form 7) (04/13)
2

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached** | | **$0.00** | **$0.00** |

None ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Obeid et. al. v. Bridgeton Holdings, LLC, et al. Index #: 152596/2015** | **Dispute over sale of property** | **Supreme Court of New York 60 Centre Street New York, N.Y. 10007** | **Disputed/Pending-Lis Pendens recorded on or about 3/17/15** |
| **Sandra Schindler v. 33 Peck Slip Acquisition, LLC, et al., Case No. 157951-2015** | **Slip and fall** | **Supreme Coutr of the State of New York, County of New York** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Robins Kaplan LLP<br>601 Lexington Ave., Suite 3400<br>New York, NY 10022** | **7/31/15** | **$50,000.00** |
| **Robins Kaplan LLP<br>601 Lexington Ave., Suite 3400<br>New York, NY 10022** | **9/3/2015** | **$102,740.50** |

---

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited
to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if
known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                                GOVERNMENTAL UNIT            NOTICE           LAW

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                                GOVERNMENTAL UNIT            NOTICE           LAW

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                    STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Stephen Cius** | **2014** |
| **220 Fifth Ave., 13th FL** | |
| **New York, NY 10011** | |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **BDO** | **100 Park Ave.** | **June 2015** |
| | **New York, NY 10017** | |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Bridgeton Holdings** | **220 Fifth Ave, 13th Floor** |
| | **New York, NY 10017** |

B7 (Official Form 7) (04/13)
7

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **USB Realty Investors LLC**<br>**10 State House, 15th Fl**<br>**Hartford, CT 06103** | **Monthly on the 20th** |

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **33 Peck Slip Holding LLC**<br>**33 Peck Slip**<br>**New York, NY 10010** | **Owner** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
8

---

**24. Tax Consolidation Group.**

None ☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

**33 Peck Slip Holding LLC**

TAXPAYER IDENTIFICATION NUMBER (EIN)

**46-4943577**

---

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/13)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date __September 3, 2015__                     Signature _____

                                               **Christopher F. La Mack**
                                               **Authorized Representative**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**33 Peck Slip Acquisition LLC**
**Best Western Seaport Inn**
**Operating Check Register May 8 To August 7, 2015**

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 5/19/2015 | AllState Services Group LLC | Regular | 001693 | 487.50 |
| 5/11/2015 | American Hotel Register | Regular | 001666 | 764.80 |
| 5/31/2015 | Bridgeton Holdings, LLC | Manual | 000008 | 3,276.78 |
| 5/11/2015 | Carday Associates | Regular | 001667 | 10,440.00 |
| 5/11/2015 | Classic Recycling N.Y.Corp | Regular | 001668 | 952.66 |
| 5/11/2015 | Concord Elevator | Regular | 001669 | 762.13 |
| 5/11/2015 | Fresh and Tasty | Regular | 001670 | 2,803.05 |
| 5/11/2015 | Fulton Supply | Regular | 001672 | 100.88 |
| 5/11/2015 | HD Supply Facilities Maint.Ltd | Regular | 001673 | 546.16 |
| 5/11/2015 | International Brotherhood of T | Regular | 001674 | 1,053.00 |
| 5/11/2015 | Key Computing Inc. | Regular | 001675 | 26.50 |
| 5/11/2015 | M3 Accounting | Regular | 001676 | 785.38 |
| 5/11/2015 | OCS Chemical Engineering | Regular | 001677 | 1,155.77 |
| 5/11/2015 | Office Depot | Regular | 001678 | 32.50 |
| 5/11/2015 | Poland Springs | Regular | 001679 | 9.79 |
| 5/11/2015 | Premium Pest Control | Regular | 001680 | 239.53 |
| 5/11/2015 | Revinate Inc | Regular | 001681 | 220.00 |
| 5/11/2015 | Sani Wash | Regular | 001682 | 455.81 |
| 5/11/2015 | Sonifi Solutions | Regular | 001683 | 757.44 |
| 5/11/2015 | Staples Advantage | Regular | 001684 | 131.04 |
| 5/11/2015 | Sysco Metro New York, LLC | Regular | 001685 | 3,653.97 |
| 5/11/2015 | Verizon | Regular | 001686 | 76.57 |
| 5/11/2015 | Vizergy | Regular | 001687 | 290.00 |
| 5/11/2015 | Wash it Right Express | Regular | 001688 | 2,860.55 |
| 5/11/2015 | ZB Moham- Pettycash | Regular | 001690 | 793.43 |
| 5/18/2015 | Kim Palmer | Regular | 001692 | 155.68 |
| 5/21/2015 | Carday Associates | Regular | 001694 | 10,020.00 |
| 5/22/2015 | Constellation NewEnergy, Inc | Regular | 001695 | 6,533.88 |
| 5/22/2015 | Edwin Mae, Inc | Regular | 001696 | 2,156.00 |
| 5/26/2015 | Natalia Bloom | Regular | 001697 | 509.27 |
| 5/26/2015 | Valerie Cruz Forin | Regular | 001698 | 1,030.33 |
| 5/26/2015 | Booking.Com | Regular | 001699 | 18,034.92 |
| 5/27/2015 | Arthur J. Gallagher & Co. of New York, Inc | Regular | 001700 | 51,430.68 |
| 6/3/2015 | Carday Associates | Regular | 001701 | 20,040.00 |
| 6/3/2015 | Constellation NewEnergy, Inc | Regular | 001702 | 3,854.52 |
| 6/3/2015 | Time Warner Cable | Regular | 001703 | 479.99 |
| 6/3/2015 | Verizon | Regular | 001704 | 455.42 |
| 6/4/2015 | Crystal & Company | Regular | 001705 | 10,851.25 |
| 6/4/2015 | AutoClerk | Regular | 001706 | 1,368.42 |
| 6/5/2015 | Best Western Int'l | Regular | 001707 | **VOID** |
| 6/5/2015 | Best Western Int'l | Regular | 001708 | 36,810.49 |
| 6/8/2015 | Sysco Metro New York, LLC | Regular | 001709 | 7,448.71 |
| 6/11/2015 | American Hotel Register | Regular | 001710 | 603.03 |
| 6/11/2015 | Buy Efficient | Regular | 001711 | 191.33 |
| 6/11/2015 | Fresh and Tasty | Regular | 001712 | 425.53 |
| 6/11/2015 | HD Supply Facilities Maint.Ltd | Regular | 001713 | 772.29 |
| 6/11/2015 | Luxaire HVAC Services Inc | Regular | 001714 | 408.28 |
| 6/11/2015 | Poland Springs | Regular | 001715 | 9.79 |
| 6/11/2015 | Sonifi Solutions | Regular | 001716 | 1,925.76 |

3B-1

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 6/11/2015 | Staples Advantage | Regular | 001717 | 277.07 |
| 6/11/2015 | THE CHANDLER COMPANY | Regular | 001718 | 1,658.00 |
| 6/11/2015 | USA Today | Regular | 001719 | 316.30 |
| 6/11/2015 | Verizon | Regular | 001720 | 71.32 |
| 6/11/2015 | Vizergy | Regular | 001721 | 290.00 |
| 6/11/2015 | Wash it Right Express | Regular | 001722 | 1,598.85 |
| 6/11/2015 | Bourke Lee | Regular | 001723 | 3,246.46 |
| 6/12/2015 | Con Edison | Regular | 001724 | 1,302.90 |
| 6/18/2015 | Booking.Com | Regular | 001725 | 28,009.18 |
| 6/19/2015 | NYC DEPT. OF FINANCE | Regular | 001726 | 72,744.41 |
| 6/22/2015 | Sysco Metro New York, LLC | Regular | 001727 | 3,626.22 |
| 6/24/2015 | Joseph Tucker | Regular | 001728 | 104.00 |
| 6/29/2015 | Travel Advocates, Inc. | Regular | 001729 | 6,349.40 |
| 7/1/2015 | American Coffee Services | Regular | 001730 | 196.81 |
| 7/1/2015 | American Hotel Register | Regular | 001731 | 1,459.13 |
| 7/1/2015 | AutoClerk | Regular | 001732 | 1,368.42 |
| 7/1/2015 | Buy Efficient | Regular | 001733 | 235.47 |
| 7/1/2015 | Carbons Golden Malted | Regular | 001734 | 153.00 |
| 7/1/2015 | Casey Fire Systems, Inc. | Regular | 001735 | 828.33 |
| 7/1/2015 | Classic Recycling N.Y.Corp | Regular | 001736 | 952.66 |
| 7/1/2015 | Concord Elevator | Regular | 001737 | 762.13 |
| 7/1/2015 | Constellation NewEnergy, Inc | Regular | 001738 | 10,999.47 |
| 7/1/2015 | Fresh and Tasty | Regular | 001739 | 3,477.00 |
| 7/1/2015 | Fulton Supply | Regular | 001742 | 355.17 |
| 7/1/2015 | HD Supply Facilities Maint.Ltd | Regular | 001743 | 1,560.84 |
| 7/1/2015 | Imprint Plus | Regular | 001744 | 127.59 |
| 7/1/2015 | International Brotherhood of T | Regular | 001745 | 762.00 |
| 7/1/2015 | Key Computing Inc. | Regular | 001746 | 802.96 |
| 7/1/2015 | Luxaire HVAC Services Inc | Regular | 001747 | 1,391.37 |
| 7/1/2015 | M3 Accounting | Regular | 001748 | 365.38 |
| 7/1/2015 | NYC Dept. of Transportation | Regular | 001749 | 25.47 |
| 7/1/2015 | NYC Water Board | Regular | 001750 | 8,474.37 |
| 7/1/2015 | Premium Pest Control | Regular | 001751 | 1,556.92 |
| 7/1/2015 | Revinate Inc | Regular | 001752 | 440.00 |
| 7/1/2015 | Sani Wash | Regular | 001753 | 809.60 |
| 7/1/2015 | Sonifi Solutions | Regular | 001754 | 1,977.35 |
| 7/1/2015 | Staples Advantage | Regular | 001755 | 318.92 |
| 7/1/2015 | Time Warner Cable | Regular | 001756 | 479.99 |
| 7/1/2015 | Verizon | Regular | 001757 | 459.12 |
| 7/1/2015 | Vizergy | Regular | 001758 | 290.00 |
| 7/1/2015 | Wash it Right Express | Regular | 001759 | 2,945.80 |
| 7/6/2015 | Crystal & Company | Regular | 001760 | 4,123.14 |
| 7/8/2015 | Booking.Com | Regular | 001761 | 22,019.71 |
| 7/9/2015 | Robins, Kaplan, Miller & Cires | Regular | 001762 | 142,710.21 |
| 7/10/2015 | Bridgeton Holdings, LLC | Regular | 001763 | 3,416.45 |
| 7/13/2015 | Sysco Metro New York, LLC | Regular | 001764 | 6,731.60 |
| 7/13/2015 | BDO | Regular | 001765 | 7,950.00 |
| 7/16/2015 | ZB Moham- Pettycash | Regular | 001766 | 413.87 |
| 7/16/2015 | ZB Moham-Expense report | Regular | 001767 | 392.19 |
| 7/20/2015 | Am Maintenance | Regular | 001768 | 81.67 |
| 7/20/2015 | Best Western Int'l | Regular | 001769 | 19,015.67 |
| 7/20/2015 | Carbons Golden Malted | Regular | 001770 | 243.00 |
| 7/20/2015 | Carday Associates | Regular | 001771 | 9,570.00 |
| 7/20/2015 | Casey Fire Systems, Inc. | Regular | 001772 | 1,037.03 |
| 7/20/2015 | Classic Recycling N.Y.Corp | Regular | 001773 | 952.66 |
| 7/20/2015 | Concord Elevator | Regular | 001774 | 762.13 |
| 7/20/2015 | Constellation NewEnergy, Inc | Regular | 001775 | 1,880.25 |
| 7/20/2015 | Fresh and Tasty | Regular | 001776 | 361.60 |
| 7/20/2015 | Fulton Supply | Regular | 001777 | 475.01 |

3B-2

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 7/20/2015 | HD Supply Facilities Maint.Ltd | Regular | 001778 | 482.97 |
| 7/20/2015 | International Brotherhood of T | Regular | 001779 | 394.00 |
| 7/20/2015 | M3 Accounting | Regular | 001780 | 615.38 |
| 7/20/2015 | OZS Marketing solutions | Regular | 001781 | 122.15 |
| 7/20/2015 | Premium Pest Control | Regular | 001782 | 538.93 |
| 7/20/2015 | Real Data Management | Regular | 001783 | 390.00 |
| 7/20/2015 | USA Today | Regular | 001784 | 144.00 |
| 7/20/2015 | Verizon | Regular | 001785 | 71.32 |
| 7/20/2015 | Wash it Right Express | Regular | 001786 | 1,584.55 |
| 7/21/2015 | Hotel Solutions | Regular | 001787 | 320.51 |
| 7/22/2015 | Verizon | Regular | 001788 | 458.45 |
| 7/29/2015 | American Coffee Services | Regular | 001789 | **VOID** |
| 7/29/2015 | Buy Efficient | Regular | 001790 | **VOID** |
| 7/29/2015 | Constellation NewEnergy, Inc | Regular | 001791 | **VOID** |
| 7/29/2015 | Harbor Linen | Regular | 001792 | **VOID** |
| 7/29/2015 | HD Supply Facilities Maint.Ltd | Regular | 001793 | **VOID** |
| 7/29/2015 | Key Computing Inc. | Regular | 001794 | **VOID** |
| 7/29/2015 | Staples Advantage | Regular | 001795 | **VOID** |
| 7/29/2015 | Time Warner Cable | Regular | 001796 | **VOID** |
| 7/29/2015 | Tyco Integrated Security,LLC | Regular | 001797 | **VOID** |
| 7/29/2015 | American Coffee Services | Regular | 001799 | 204.00 |
| 7/29/2015 | Buy Efficient | Regular | 001800 | 246.72 |
| 7/29/2015 | Constellation NewEnergy, Inc | Regular | 001801 | 6,956.93 |
| 7/29/2015 | Harbor Linen | Regular | 001802 | 528.79 |
| 7/29/2015 | HD Supply Facilities Maint.Ltd | Regular | 001803 | 450.33 |
| 7/29/2015 | Key Computing Inc. | Regular | 001804 | 31.25 |
| 7/29/2015 | Staples Advantage | Regular | 001805 | 73.58 |
| 7/29/2015 | Time Warner Cable | Regular | 001806 | 479.99 |
| 7/29/2015 | Tyco Integrated Security,LLC | Regular | 001807 | 200.05 |
| | | | | **607,790.28** |

# United States Bankruptcy Court
## Southern District of New York

In re    **33 Peck Slip Acquisition LLC**                                                  Case No.
                                                    Debtor(s)                            Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **N/A** |
| Prior to the filing of this statement I have received | $ | **$152,740.50*** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    [✔] Debtor        [ ] Other (specify):

3.  The source of compensation to be paid to me is:

    [✔] Debtor        [ ] Other (specify):

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September 3, 2015**                          **/s/ David B. Shemano**
                                                        **David B. Shemano**
                                                        **Robins Kaplan LLP**
                                                        **601 Lexington Ave.**
                                                        **Suite 3400**
                                                        **New York, NY 10022-4611**
                                                        **212 890-7400**
                                                        **dshemano@robinskaplan.com**

---

*Includes $20,000.00 retainer

# United States Bankruptcy Court
## Southern District of New York

In re     **33 Peck Slip Acquisition LLC**                                        ,     Case No. _____

                                                    Debtor

                                                                Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **33 Peck Slip Holding LLC**<br>**16740 Birkdale Commons Pkwy**<br>**Ste 306**<br>**Huntersville, NC 28078** | | | **Sole Member** |

__0__     continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re    **33 Peck Slip Acquisition LLC**                                    Case No. _____

                                    Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**September 3, 2015**_____        Signature_____

**Christopher F. La Mack**
**Authorized Representative**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re  __33 Peck Slip Acquisition LLC__

Debtor(s)

Case No. _____

Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __33 Peck Slip Acquisition LLC__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

**33 Peck Slip Holding LLC**

**Gemini Fund 5 LLC**

**Woodland 801 LLC**

__September 3, 2015__

Date

/s/ David B. Shemano

**David B. Shemano**

Signature of Attorney or Litigant

Counsel for  __33 Peck Slip Acquisition LLC__

**Robins Kaplan LLP**
**601 Lexington Ave.**
**Suite 3400**
**New York, NY 10022-4611**
**212 890-7400**
**dshemano@robinskaplan.com**