David B. Shemano, Esq.
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022-4611
Tel: (212) 980-7400
Fax: (212) 980-7499

- and -

Howard J. Weg, Esq.
Scott F. Gautier, Esq.
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Tel: (310) 522-0130
Fax: (310) 229-5800

*Proposed Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 33 PECK SLIP ACQUISITION LLC, | Case No. 15-12479 (JLG) |
| Debtor, | (Joint Administration Pending) |
| In re: | Chapter 11 |
| 52 WEST 13TH P, LLC, | Case No. 15-12482 (JLG) |
| Debtor, | |
| In re: | Chapter 11 |
| GEMINI 37 WEST 24TH STREET MT, LLC, | Case No. 15-12481 (JLG) |
| Debtor, | |

| | |
|---|---|
| In re:<br><br>36 WEST 38TH STREET, LLC,<br><br>Debtor, | Chapter 11<br><br>Case No. 15-12480 (JLG) |

## AFFIDAVIT OF SERVICE OF NOTICE OF CHAPTER 11 FILING AND OF HEARING ON FIRST DAY MOTIONS

STATE OF CALIFORNIA     )
                        )  ss.
COUNTY OF LOS ANGELES   )

I, Denise Wymore declare:

1.  I am over the age of 18 years and am not a party to these chapter 11 cases.

2.  I am employed by Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, CA 90067.

3.  On September 4, 2015, I caused a true and accurate copy of the "Notice of Chapter 11 Filing and of Hearing on First Day Motions," along with the Proposed Agenda to be served via electronic mail upon the parties via electronic mail, facsimile or U.S. Mail as indicated next to the parties name on the parties for 33 Peck Slip Acquisition LLC as indicated on Exhibit A, and its affiliated debtors, Gemini 37 West 24th Street, LLC, as indicated on Exhibit B, 36 West 38th Street LLC as indicated on Exhibit C and 52 West 13th P, LLC as indicated on Exhibit D.

4.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge information and belief.

Executed this 8th day of September, 2015 at of Angeles, California.

_____
Denise Wymore

Sworn before me this
8th day of September, 2015

_____
Notary Public

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
2.
3.
4.
5.
6.

_____     _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of Sept., 20 15,
by
(1) Denise Wymore
(and (2) N/a ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature Barbara I Beringer
Signature of Notary Public

BARBARA I. BERINGER
Commission # 2098280
Notary Public - California
Los Angeles County
My Comm. Expires Feb 23, 2019

Seal
Place Notary Seal Above

―――――――――――――――― **OPTIONAL** ――――――――――――――――
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

# EXHIBIT A

| 33 PECK SLIP | | | | | | |
|---|---|---|---|---|---|---|
| 20 LARGEST LIST | | | | | | Email/Fax/Mail |
| Active Networks | 5110 Lancaster St. | Harrisburg | PA | Attn: Tabatha Brickner | 17111 | 866 611-5725 |
| Am Maintenance | 286 Grasmere Dr. | Staten Island | NY | Attn: Angela Martucci | 10305 | Mail |
| American Hotel Register | PO Box 71299 | Chicago | IL | Attn: Josh Wilson | 60694-1299 | 847-743-2079 and mail |
| Carbons Golden Malted | PO Box 129 | Concordville | PA | Attn: Tracy Elkins | 19331 | ncdcs@goldenmalted.com |
| Carday Associates | 7130 Columbia Gateway | Columbia | MD | Attn: Ivan Betancourt | 21046-2966 | 410-872-1275 |
| Classic Recycling N. Y Corp | 409 River Road Ste 1 | Clifton | NJ | Attn: Customer Service | 07014 | **office@classicrecyling.com** |
| Collins Bro. Worldwide, LLC | 620 Fifth Ave. | Larchmont | NY | Attn: Eileen Rodriguez | 10538 | erodriguez@collinsbrosworldwide.com |
| Con Edison | JAF Staton PO Box 1702 | New York | NY | Attn: BK Group | 10116-1702 | (212) 529-9265 |
| Concord Elevator | 610 Chestnut Ridge Rd. | Chest Ridge | NY | Attn: Brian Sheehy/M. Timmerman | 10977 | (845) 371-8389 |
| Fresh and Tasty | 1568 Stillwell Ave. | Bronx | NY | Attn: Lisa Ruvolo | 10461 | info@freshandtasty.com |
| M3 Accounting | 340 Jesse Jewell Pkwy SE, Ste 600 | Gainesville | GA | Attn: Kathy Hall | 30501 | 770.297.8466 |
| Premium Pest Control | PO Box 1261 | Linden | NJ | Attn: Monica Szabo | 07036 | info@premiumpestcontrol.net |
| Revinate Inc. | One Letterman Dr., Bldg. C, Ste CM100 | San Francisco | CA | Attn: Customer Service | 94129 | info@revinate.com |
| Sani Wash | 58-90 55th St. | Maspeth | NY | Attn: Aisha Agate | 11378 | **Contact @saniwash.com** |
| Sonifi Solutions | 3900 W. Innovation | Sioux Falls | SD | Attn: Sarah Nelson | 57107-7002 | hotelsupport@sonifi.com |
| Staples Advantage | Dept. ATL PO Box 405386 | Atlanta | GA | Attn: Customer Service | 30384 | support@staplesadvantage.com |
| Sysco Metro New York | 20 Theodore Conrad Dr. | Jersey City | NJ | Attn: Miryann Malzone | 07305 | Mail |
| Verizon | PO Box 660794 | Dallas | TX | Attn: Diep Cregar | 75299-0794 | Mail |
| Vizergy | PO Box 551459 | Jacksonville | FL | Attn: Tracy Toenjes | 32255-1459 | 904.899.5809 |
| Wash it Right Express | 352 South 1st St. | Brooklyn | NY | Attn: Victor Shallom | 11211 | Mail |

| Utilities | | | | | | |
|---|---|---|---|---|---|---|
| Con Edison | JAF Staton PO Box 1702 | New York | NY | Attn: Bk Group | 10016-1702 | (212) 529-9265 |
| NYC Water Board | PO Box 11863 | Newark | NJ | | 07101-816 | Mail |
| Kelley Drye & Warren LLP | 101 Park Ave. | New York | NY | R. Bickford/G. Saydah | 10178 | rbickford@kelleydrye.com; gsaydah@kelleydrye.com |
| Backenroth Frankel & Krinsky, LLP | 80 Third Ave., 11th Fl. | New York | NY | Attn: Abraham Backenroth | 10022 | abackenroth@bfklaw.com |
| Zeidel & Associates P.C. | 800 Westcester Ave. #N-307 | New York | NY | Attn:  Robin Zeidel, Esq | 10573 | rzeidel@zeidellaw.com |
| United States Trustee | 201 Varick St., Rm. 1006 | New York | NY | | 10014 | Via Personal Delivery |
| William Obeid | 159 1/2 E. 94th St. | New York | NY | | 10128 | Mail |
| Mesiger Seelig & Fein LLP | 242 Trumbull St. | Hartford | CT | Stephen B. Meister | 06103 | sbm@msf-law.com |

# EXHIBIT B

**Gemini 37 West 24th Street MT LLC**
**Wyndham Garden Hotel - Chelsea**
**General Unsecured Claims**

| 20 largest | Address | Address 2 | City | State | Zip | e-mail/Fax/Mail |
|---|---|---|---|---|---|---|
| A&L CessPool Service Corp | 38-40 Review Ave. | | Long Island City | NY | 11101 | 718-729-5799 |
| AETNA | C/O Ashton Benefits | P.O BOX 7247-0213 | PHILADELPHIA | PE | 19170-0213 | enrollmentsgne@aetna.com |
| Andrew Hendricks | 220 5th Ave 19th floor | | NY | NY | 10001 | ahendricks@bridgetonholdings.com |
| Broadsoft Hospitiality, Inc | Dept. 3465 | PO Box 123465 | Dallas | TX | 75312-3465 | 561-276-7606 |
| Central Office Alarm | 140 South Columbus Ave. | | Mount Vernon | NY | 10550 | 914-668-2111 |
| Cenveo Corporation | P.O. Box 802035 | | Chicago | IL | 60680 | **Julie.grund@cenveo.com** |
| Fabriclean | 11-39 50th Avenue | | Long Island City | NY | 11101 | Mail |
| Fire Department of NY | P.O BOX 840 | | NY | NY | 10008-0840 | Mail |
| GENSERVE, INC. | 100 Newton Rd. | | Plainview | NY | 11803 | 631-435-2273 |
| Guest Supply | P.O. Box 910 | | Monmouth Junction | NJ | 08852-0910 | 866-456-6261 |
| Home Depot Supply | P.O Box 509058 | | San Diego | CA | 92150 | MAIL |
| Hotel SystemsPRO | 280 Interstate N.Circle | Ste 600 | Atlanta | GA | 30339 | 770 303-0203 |
| OFFICE DEPOT | P.O. Box 70025 | | Los Angeles | CA | 90074-0025 | 888-263-3423 |
| Ritesh Jariwala | 220 5th Ave 19th floor | | NY | NY | 10001 | rjariwala@bridgetonholdings.com |
| Staples Business Advantage | Dept. ATL | P.O. Box 415256 | Boston | MA | 2241 | 877-826-7755 |
| Sysco Metro NY | 20 Theodore Conrad Dr. | | Jersey City | NJ | 07305 | Alcaide.Odalis@metrony.sysco.com |
| Time Warner Cable | P.O. Box 11820 | | Newark | NJ | 07101-8120 | Mail |
| World Cinema | 9801 Westheimer, #409 | | Houston | TX | 77042 | 713-780-7241 |
| SBNP SIA Mortgage ILLC | c/o Cornerstone RE Advisors | One Financial Pz | Hartford | CT | 06103 | 860 509-2200 |
| James J. Tancredi, Esq. | Day Pitney LLP | 242 Trumbull St | Hartford | CT | 06103 | jjtancredi@daypitney.com |
| Michael P. Byrne | Day Pitney LLP | 242 Trumbull St | Hartford | CT | 06130 | mpbyrne@daypitney.com |
| United States Trustee | 201 Varick St. Rm. 1006 | | New York | NY | 10014 | (212) 668-2255 |
| Con Edison | JAF Station | PO Box 1702 | New York | NY | 10016 | 212 529-9265 |
| Constellation New Energy | 14217 Collection Ctr Dr | | Chicago | IL | 60693 | customercare@constellation.com |
| NYC Water Board | PO Box 11863 | | Newark | NJ | 07101-8163 | Mail |
| Mesiter Seelig & Fein LLP | 125 Park Ave. | | New York | NY | 10017 | sbm@msf-law.com |
| William Obeid | 159 1/2 E. 94th Street | | New York | NY | 10128 | Mail |

# EXHIBIT C

36 West 24th Street LLC

| Vendor | Address 1 | Address 2 | City | State | Zip | Contact | Email/Fax/Mail |
|---|---|---|---|---|---|---|---|
| AGL Industries | 59-12 57th Street | | Maspeth | NY | 11378 | Dominick Lofaso | dominickl@agl-industries.com |
| Baker & Hostetler LLP | PO Box 70189 | | Cleveland | OH | 44190- | | hshaw@bakerlaw.com |
| Eastern Air, Inc. | 260 Johnson Ave. | | Brooklyn | NY | 11206 | Mikhail Meschianinov | (718) 821-9104 |
| Ettinger Engineering Services | 505 Eight Avenue, 24th FL | | New York | NY | 10018 | Eric Ettinger | ekron@ettingerengineering.com |
| Faith Environmental | 128 Stanley Street | | East Rutherford | NY | 07073 | Boro Atanasoski | faithenv@aol.com |
| Gemini Jade Bryant Park Dev | 16740 Birkdale Commons Pkwy | Suite 306 | Huntersville | NC | 28078 | Christopher La Mack | clamack@gemini-re.com |
| Gene Kaufman Architech PC | 525 Broadway | | New York | NY | 10012 | Gene Kaufman | Mail |
| IBK Construction Group, LLC | 617 Johnson Avenue | | Brooklyn | NY | 11237 | Vlad Lyubarsky | vladl@ibkconstructiongroup.com |
| RD2 Construction & Demolition, LLC | 205 Old Town Road, 2nd FL | | Staten Island | NY | 10305 | Marlon Dennie | (718) 980-1680 |
| Skyline Scaffolding | 181 Coit Street | | Irvington | NJ | 07111 | Benny Redza | benny@skylinescaffold.com |
| Thomas Manufacturing, Inc. | 630 Ramsey Ave. | | Hillside | NJ | 07205 | | (908) 810-1551 |
| Palmieri, Tyler, Wiener, Wilhelm & Waldron, LLP | 1900 Main Street, Suite 700 | | Irvine | CA | 92614-7328 | David Parr, Esq. | dparr@ptwww.com |
| Drinker Biddle & Reath LLP | 1177 Ave of the Americas, 41st Fl | | New York | NY | 10036 | Heath D. Rosenblat, Esq. | Heath.Rosenblat@dbr.com |
| Hansji Corporation | 631 W. Katella Ave., 5th Floor | | Anaheim | CA | 92802 | Rajan Hansji | info@hansji.com |
| William Obeid | 159 1/2 E. 94th Street | | New York | NY | 10128 | | Mail |
| Meister Seelig & Fein LLP | 125 Park Ave. 7th Fl. | | New York | NY | 10017 | Stephen Meister | sbm@msf-law.com |
| United States Trustee | 201 Varick St., Rm. 1006 | | New York | NY | 10014 | | Via Personal Delivery |
| Kelly Drye & Warren LLP | 101 Park Ave. | | New York | NY | 10178 | R. Bickford/G. Saydah | rbickford@kelleydrye.com gsaudah@kelleydrye.com |

# EXHIBIT D

| 52 West 13th P, LLC | JADE HOTEL | | | | | |
|---|---|---|---|---|---|---|
| **Vendor** | **Address 1** | **City** | **State** | **Zip** | **Contact** | **Email/fax/mail** |
| Baldor Speacialty Foods | PO Box 5411 | New York | New York | 10087 | Amit Ratanshi | aratanshi@baldorfoods.com |
| Bridgeton Holdings, LLC | 220 5th Avenue | New York | New York | 10001 | Stephen Cius | scius@bridgetonholdings.com |
| DairyLand USA | PO Box 30943 | New York | New York | 10087 | James Averyt | javeryt@chefswarehouse.com |
| Constellation New Energy | 14217 Collections Center Dr. | Chicago | Illinois | 60693 | Customer Service | customercare@constellation.com |
| Danesi Caffe | 139 Fulton Street | New York | New York | 10038 | Doris Dieckoff | doris@danesicaffeusa.com |
| Empire Merchant | 16 Bridgewater Street | Brooklyn | New York | 11222 | Marina Ynoa | mynoa@empiremerchants.com |
| Harbor Linen | PO Box 3510 | Cherry Hill | New Jersey | 08034 | Seth Bloch | sbloch@harborlinen.com |
| La Bottega Dell'Albergo | 264 W 40th Street | New York | New York | 10018 | Rebecca Matura | rebecca@emilyhochberg.com |
| Lin Remodeling Inc | 1117 Stonegate Road | Shrub Oak | New York | 10588 | Igor Lukashin | igor.lkshn@gmail.com |
| Martin Scott Wines | PO Box 9003 | New Hyde Park | New York | 11040 | Valerie Bellmer | v_bellmer@winebow.com |
| Metal Brite Service | PO Box 26032 | New York | New York | 10087 | John Shea | eporch@bmsllc.com |
| Ritz Cleaners | 3030 Emmons Ave | Broklyn | New York | 11222 | Maria | cleanritz@yahoo.com |
| Rotavele Elevator | 414 Seneca Avenue | Ridgewood | New York | 11385 | Customer Service | ryanp@contractor-services.net |
| Sebastian Setteducate | 144 Toledo Street | Farmingdale | New York | 11735 | Jennifer Lingen | jlingen@special-testing.com |
| The Lobster Place | 75 Ninth Ave | New York | New York | 10011 | Rosemary Byrd | rosemaryb@lobsterplace.com |
| Winebow | 236 W 26th Street | New York | New York | 10001 | Valerie Bellmer | v_bellmer@winebow.com |
| Justin Kellerman | 52 West 13th Street | New York | New York | 10011 | Justin Kellerman | jkellerman@thejadenyc.com |
| Martha Anne Parker | 52 West 13th Street | New York | New York | 10011 | Martha A Parker | mparker@thejadenyc.com |
| Clearvue Enterprises | 1435 East 22nd Street | Brooklyn | New York | 11210 | Sal | sol@clearvugroup.com |
| Hotel Lab Consultants | 1239 Alton Road | Miami Beach | Florida | 33139 | Martin Larsson | mlarsson@hotellabs.com |
| **SECURED CREDITORS** | | | | | | |
| CEMF 1 USB LLC c/o Cornerstone RE Avisors | One Financial Plaza | Hartford | CT | 6103 | Atn: Parlegal | 860 509-2200 |
| Day Pitney LLP | 242 Trumbull St. | Hartford | CT | 06103 | James J. Tancredit | jtancredi@daypitney.com |
| Day Pitney LLP | 242 Trumbull St. | Hartford | CT | 06103 | Michael P. Byne | mbyme@daypitney.com |
| Polar Bear of NY | 2644 N. Jerusalem Rd | Bellmore | NY | 11710 | Legal | 516 781-7477 |
| Con Edison | JAF Station PO Box 1702 | New York | NY | 10016 | Bankruptcy | 212 529-9265 |
| Constellatoin New Energy | 14217 Collection Ctr Dr | Chicago | IL | 60693 | Attn: BK | cutomercare@constellation.com |
| NYC Water Board | PO Box 11863 | Newark | NJ | 07101- | Attn: BK | Mail |
| William Obeid | 159 1/2 E. 94th St. | New York | NY | 10128 | | Mail |
| Meister Seelig & Fein LLP | 125 Park Ave., 7th Fl. | New York | NY | 10017 | Stephen B. Meister | sbm@msf-law.com |
| United States Trustee | 201 Varick St., Rm. 1006 | New York | NY | 10014 | | Via Personal Delivery |