Continued Hearing Date & Time: October 28, 2015 at 11:00 a.m. EDT

David B. Shemano, Esq.
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022-4611
Tel: (212) 980-7400
Fax: (212) 980-7499

- and -

Howard J. Weg, Esq., *pro hac vice*
Scott F. Gautier, Esq., *pro hac vice*
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Tel: (310) 552-0130
Fax: (310) 229-5800

*Proposed Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 33 Peck Slip Acquisition LLC, *et al*. | Case No. 15-12479 (JLG) |
| Debtors. [1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION OF <u>36 WEST 38TH STREET LLC</u> FOR ORDERS PURSUANT TO SECTIONS 105(a), 363, AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6004 AND 6006 APPROVING (I) SALE PROCEDURES AND NOTICE OF THE AUCTION RELATING THERETO, (II) THE STALKING HORSE PURCHASE AGREEMENT, (III) SALE OF CERTAIN REAL PROPERTY TO HANSJI CORPORATION OR A PARTY MAKING A HIGHER AND BETTER OFFER, FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES, AND (IV) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 33 Peck Slip Acquisition LLC (3412), 52 West 13th P, LLC (4970), 36 West 38th Street, LLC (6842), and Gemini 37 West 24th Street MT, LLC (4143).

75635501.1

**PLEASE TAKE NOTICE** that 36 West 38th Street LLC (the "**Debtor**"), one of the debtors in the above-captioned case, by and through its undersigned counsel, hereby withdraws, without prejudice, the Motion of Debtor For Orders Pursuant To Sections 105(A), 363, And 365 Of The Bankruptcy Code And Bankruptcy Rules 6004 and 6006 Approving (I) Sale Procedures And Notice Of The Auction Relating Thereto, (II) The Stalking Horse Purchase Agreement, (III) Sale Of Certain Real Property To Hansji Corporation Or A Party Making A Higher And Better Offer, Free And Clear Of Liens, Claims, Interests Or Encumbrances, And (IV) Granting Related Relief filed as Docket No. 16 in Case No. 15-12480 (JLG)) (the "**Motion**").

The Debtor intends to refile the Motion, or a similar motion, once a real estate broker has been formally retained and a stalking horse bidder has been identified.

Dated: New York, New York
       October 22, 2015

                                              **ROBINS KAPLAN LLP**
                                              By: /s/ David B. Shemano
                                              David B. Shemano, Esq.
                                              601 Lexington Avenue, Suite 3400
                                              New York, NY 10022-4611
                                              Tel: (212) 980-7400
                                              Fax: (212) 980-7499

                                              -and-

                                              Howard J. Weg, Esq., *pro hac vice*
                                              Scott F. Gautier, Esq., *pro hac vice*
                                              2049 Century Park East, Suite 3400
                                              Los Angeles, CA 90067-3208
                                              Tel: (310) 552-0130
                                              Fax: (310) 229-5800
                                              *Proposed Counsel for Debtors and Debtors in Possession*