David B. Shemano, Esq.
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022-4611
Tel: (212) 980-7400
Fax: (212) 980-7499

- and -

Howard J. Weg, Esq., *pro hac vice*
Scott F. Gautier, Esq., *pro hac vice*
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Tel: (310) 522-0130
Fax: (310) 229-5800

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>33 PECK SLIP ACQUISITION LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-12479 (JLG)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Diana Tehranfar declare:

1.    I am over the age of 18 years and am not a party to these chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 33 Peck Slip Acquisition LLC (3412), 52 West 13th P, LLC (4970), 36 West 38th Street, LLC (6842), and Gemini 37 West 24th Street MT, LLC (4143).

75640864.1                                          1

2. I am employed by Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, CA 90067.

3. On November 25, 2015, I caused true and accurate copies of the following documents

1) "NOTICE OF OF BID AND AUCTION FOR HOTEL PROPERTY LOCATED AT 33 PECK SLIP, NEW YORK, NEW YORK [DOCKET NO. 184]

2) "NOTICE OF POTENTIAL BID AND POSSIBLE AUCTION FOR HOTEL PROPERTY LOCATED AT 52 WEST 13TH ST NEW YORK, NEW YORK [DOCKET NO. 185]

3) "SUPPLEMENTAL DECLARATION OF CHRISTOPHER F. LA MACK IN SUPPORT OF DEBTORS' CHAPTER 11 PLANS"

to be served on the parties listed on Exhibit A via first class US mail and the parties listed on Exhibit B via electronic mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge information and belief.

Executed this 25th day of November at of Angeles, California.

_____
Diana Tehranfar

75640864.1

# EXHIBIT A

SPECIAL NOTICE LIST
33 PECK SLIP ACQUISITION LLC
USBC CASE NO. 15-12479

Abraham Backenroth, Esq.
Backenroth Frankel & Krinsky LLP
Attorney for Morning View Hotels
800 Third Avenue
New York, NY 10022

Remy Joanna Stocks
MEISTER SEELIG & FEIN LLP
Attorneys for Wm. T. Obeid
125 Park Avenue, 7th Floor
New York, NY 10017

James J. Tancredi, Esq.
Day Pitney LLP
Atty for Cornerstone
242 Trumbull Street
Hartford, CT 06103

Robert D. Bickford, Jr., Esq.
Gilbert R. Saydah, Jr., Esq.
Kelley Drye & Warren LLP
Atty for UBS
101 Park Avenue
New York, NY 10178

Andrew Dietrich
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Attorney for Local 966 Health Fund
Susan M. Jennik
Kennedy, Jennik & Murray P.C.
113 University Place, 7th Floor
New York, NY 10003

Christopher J. Major
MEISTER SEELIG & FEIN LLP
Attorneys for Wm. T. Obeid
125 Park Avenue, 7th Floor
New York, NY 10017

Alexander D. Pencu
MEISTER SEELIG & FEIN LLP
Attorneys for Wm. T. Obeid
125 Park Avenue, 7th Floor
New York, NY 10017

Joshua W. Cohen, Esq.
Day Pitney LLP
Atty for Cornerstone
One Audubon Street
New Haven, CT 06510

Christy L. Reuter
Reuter Lae PLLC
345 West 55th St Suite 5h
New York, NY 10019-4553

Office of the United States Trustee
United States Trustee
Attn: Susan Arbeit
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743

Stephen B. Meister
MEISTER SEELIG & FEIN LLP
Attorneys for Wm. T. Obeid
125 Park Avenue, 7th Floor
New York, NY 10017

Office of the United States Trustee
United States Trustee
Attn: Greg Zipes
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Robert D. Bickford, Jr., Esq.
Gilbert R. Saydah, Jr., Esq.
Kelley Drye & Warren LLP
Atty for 33 Peck Slip Hotel Capital
101 Park Avenue
New York, NY 10178

Christopher Curry
The Howard Hughes Corporation
199 Water Street, 31st Floor
New York, NY 10038

Engrid Nagler Stuart
Attorney General for State of New York
NY State Dept. of Taxation & Finance
120 Broadway-24th FL
New York, New York 10271

Gabriela P. Cacuci
Corporation Counsel of City of New York
Attorney for the City of NY and its Agencies
100 Church Street, Room 5-223
New York, New York 10007

# EXHIBIT B

| NAME | EMAIL ADDRESS |
|---|---|
| Stephen B. Meister | sbm@msf-law.com |
| Joshua W. Cohen | jwcohen@daypitney.com |
| James J. Tancredi | jtancredi@dbh.com |
| Greg Zipes (USTP) | Greg.Zipes@usdoj.gov |
| Susan Arbeit (USTP) | Susan.Arbeit@usdoj.gov |
| Remy Stocks | rjs@msf-law.com |
| Abraham J. Backenroth | yedelstein@bfklaw.com |
| Alexander D. Pencu | adp@msf-law.com |
| Christopher J. Major | cjm@msf-law.com |
| Gilbert R. Saydah, Jr. | KDWBankruptcyDepartment@KelleyDrye.com; MVicinanza@ecf.inforuptcy.com; GSaydah@KelleyDrye.com |
| Andrew Dietderich | dietdericha@sullcrom.com |
| Chris Curry | Chris.curry@howardhughes.com |
| Christy L. Reuter | reuterchristy@gmail.com |
| Brent Weisenberg | WeisenbergB@ballardspahr.com |
| Enid Nagler Stuart | Enid.stuart@ag.ny.gov |
| Susan M. Jennik | sjennik@kjmlabor.com |
| Amish R. Doshi | adoshi@magnozzikye.com |
| Gabriela P. Cacuci | gcacuci@law.nyc.gov |
| Jefferey Haroldson | jharoldson@bridgetonholdings.com |
| Ariel Torkian | ariel@torkiangroup.com |
| Hersel Torkian | hersel@torkiangroup.com |

75640822.1