**AUCTION DATE: NO AUCTION WILL BE HELD**

David B. Shemano, Esq.
**ROBINS KAPLAN LLP**
601 Lexington Avenue
Suite 3400
New York, NY 10022-4611
Tel: (212) 980-7400
Fax: (212) 980-7499

- and -

Howard J. Weg, Esq.
Scott F. Gautier, Esq.
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Tel: (310) 552-0130
Fax: (310) 229-5800

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 33 PECK SLIP ACQUISITION LLC, *et al.*, | Case No. 15-12479 (JLG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF _NO_ AUTION FOR HOTEL**
**PROPERTY LOCATED AT 52 WEST 13TH ST NEW YORK, NEW YORK**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 33 Peck Slip Acquisition LLC (3412), 52 West 13th P, LLC (4970), 36 West 38th Street, LLC (6842), and Gemini 37 West 24th Street MT, LLC (4143).

75641124.1

**PLEASE TAKE NOTICE THAT** 52 West 13th P, LLC (the "Debtor") hereby gives notice that **no** qualified competing bid or Deposit was received by the Debtor for the purchase of the Hotel Property located at 52 West 13th St New York, New York (the "Property") prior to the deadline established by the Sale Procedures Order that was entered by the Bankruptcy Court on November 20, 2015 [Docket No. 37, Case No. 15-12482].  Accordingly, there will be **no Auction or other hearing** on December 1, 2015 at 2:00 p.m. ET.

**PLEASE TAKE FURTHER NOTICE THAT** the proposed sale to Bridgeton Acquisitions, LLC, the Stalking Horse Bidder, will go forward and the Debtor will take all steps necessary to consummate the sale of the Property to the Stalking Horse Bidder.

Dated: November 30, 2015

**ROBINS KAPLAN LLP**

By:/s/  Scott F. Gautier
David B. Shemano, Esq.
601 Lexington Avenue
Suite 3400
New York, NY 10022-4611
Tel:  (212) 980-7400
Fax:  (212) 980-7499

-and-

Howard J. Weg, Esq.
Scott F. Gautier, Esq.
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Tel:  (310) 552-0130
Fax:  (310) 229-5800

*Counsel for Debtors and Debtors in Possession*

2

75641124.1