David B. Shemano, Esq.
**ROBINS KAPLAN LLP**
601 Lexington Avenue
Suite 3400
New York, NY 10022-4611
Tel: (212) 980-7400
Fax: (212) 980-7499

- and -

Howard J. Weg, Esq.
Scott F. Gautier, Esq.
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Tel: (310) 552-0130
Fax: (310) 229-5800

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 33 PECK SLIP ACQUISITION LLC, *et al.*, | Case No. 15-12479 (JLG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING OF DEBTORS' FIRST AMENDED**
**JOINT LIQUIDATING PLAN DATED DECEMBER 2, 2015**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 33 Peck Slip Acquisition LLC (3412), 52 West 13th P, LLC (4970), 36 West 38th Street, LLC (6842), and Gemini 37 West 24th Street MT, LLC (4143).

**PLEASE TAKE NOTICE** that, concurrently with the filing of this Notice, 33 Peck Slip Acquisition LLC and its affiliated debtors and debtors in possession 52 West 13th P, LLC, Gemini 37 West 24th Street MT, LLC, and 36 West 38th Street LLC, have filed the *Debtors' First Amended Joint Liquidating Plan Dated December 2, 2015* (the "**Plan**"). A blacklined copy of the Plan, reflecting changes made to the *Debtors' Joint Liquidating Plan of Reorganization Dated October 16, 2015* (Docket No. 156), is attached hereto as Exhibit A.

Dated: December 2, 2015

        **ROBINS KAPLAN LLP**

        By: /s/ David B. Shemano
        David B. Shemano, Esq.
        601 Lexington Avenue
        Suite 3400
        New York, NY 10022-4611
        Tel: (212) 980-7400
        Fax: (212) 980-7499

        -and-

        Howard J. Weg, Esq.
        Scott F. Gautier, Esq.
        2049 Century Park East
        Suite 3400
        Los Angeles, CA 90067-3208
        Tel: (310) 552-0130
        Fax: (310) 229-5800

        *Counsel for Debtors and Debtors in Possession*