# EXHIBIT A



# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43170491 |
|---|---|
| INVOICE DATE | 08-Dec-2015 |
| YOUR P.O. NUMBER | 497386-1012863097 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 07-Jan-2016 |

BILL TO:

52 West 13th Holding LLC
ALEXANDER DEVON
200 PARK AVENUE SOUTH STE 1305
NEW YORK, NY 10003
United States

**PAYMENT INSTRUCTIONS:**

REFERENCE  43170491  ON YOUR REMITTANCE

MAIL CHECKS TO:   Oracle America, Inc.
P.O. Box 203448
Dallas TX 75320-3448

WIRE TRANSFERS TO:  WELLS FARGO BANK
ABA  121000248
ACCT  4522-020841

SHIP TO:
52 West 13th Holding LLC
200 PARK AVENUE SOUTH STE 1305
NEW YORK, NY 10003
United States

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8277752 | ALEXANDER DEVON | 52 West 13th Holding LLC c/o The Jade Hotel |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Hospitality Distribution Connector to Third-Party Channel Managers Cloud Service - 101 Rooms or More - Property Product 06-APR-2015 : 05-APR-2016 | 1 | Y | 2,817.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 2,817.00 | 250.01 | 3,067.01 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 11-Jan-2016 | | 3,067.01 |